NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR AVAZIAN, and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, and DOES 1 through 10,<br><br>Defendants. | Case : 2:17-CV-03215-RGK(JEMx)<br><br>**[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |



[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE

1  Pursuant to plaintiff's Notice of Dismissal, IT IS HEREBY ORDERED that
2  this action, and all claims ~~cross-claims and causes of action~~ therein, are dismissed
3  in their entirety without prejudice. ~~Each party will bear his or its own attorneys'~~
4  ~~fees and costs of suit in connection with this action~~.

6  Dated: July 12, 2017     By: _____/s/ Gary Klausner_____
7                                Hon. R. Gary Klausner
                                  United States District Court Judge

2

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 600 S. Indian Hill Boulevard, Claremont, CA 91711.

On July 10, 2017 , I served the foregoing document described as:[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE on all interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

**(See Attached Service List)**

[ ] BY MAIL I caused such envelope to be deposited in the mail at Claremont, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ] BY PERSONAL SERVICE I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto. A proof of service executed by the delivery person will be mailed under separate cover.

[ ] BY OVERNIGHT MAIL/COURIER To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[X] BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on July 10, 2017, at Claremont, California.

                                     /s/ Susan F. Lacey
                                        SUSAN F. LACEY

**SERVICE LIST**

Mark A. Neubauer, Esq.
Waldemar J. Pflepsen Jr., Esq.
CARLTON FIELDS JORDEN BURT, LLP
2000 Avenue of the Stars, Suite 530N
Los Angeles, CA 90067-4707
T. 310-843-6300
F. 310-843-6301
mneubauer@carltonfields.com

Waldemar J. Pflepsen Jr., Esq.
Richard D. Euliss, Esq.
CARLTON FIELDS JORDEN BURT, LLP
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC  20007-5208
T. 202.965.8133
F.  202.965.8104
WPflepsen@carltonfields.com
REuliss@carltonfields.com

*Attorneys for Genworth Life and Annuity Insurance Company*